| | |
|---|---|
| 1 | KEVIN V. RYAN (SBN 118321) |
| | United States Attorney |
| 2 | JAMES A. CODA (SBN 1012669 (WI)) |
| | Assistant United States Attorney |
| 3 | 450 Golden Gate Avenue, Box 36055 |
| | San Francisco, California 94102 |
| 4 | Telephone No: (415) 556-2245 |
| | Facsimile No: (415) 436-6967 |
| 5 | KELLY A. JOHNSON |
| | Acting Assistant Attorney General |
| 6 | CYNTHIA S. HUBER |
| | Senior Attorney |
| 7 | General Litigation Section |
| | Environment & Natural Resources Division |
| 8 | U.S. Department of Justice |
| | P.O. Box 663 |
| 9 | Washington, D.C. 20044-0663 |
| | Telephone: 202-514-5273 |
| 10 | Facsimile: 202-305-0274 |
| | cynthia.huber@usdoj.gov |
| 11 | ANDREW A. SMITH (SBN 8341 (NM)) |
| | Trial Attorney |
| 12 | United States Department of Justice |
| | Environment & Natural Resources Division |
| 13 | c/o United States Attorney's Office |
| | P.O. Box 607 |
| 14 | Albuquerque, New Mexico 87103 |
| | Telephone No: (505) 224-1468 |
| 15 | Facsimile No: (505) 346-7205 |
| | Attorneys for Federal Defendants |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 20 | CITIZENS FOR BETTER FORESTRY, ) | |
| | ENVIRONMENTAL PROTECTION INFORMATION ) | Case No. C-05-1144 PJH |
| 21 | CENTER, CENTER FOR BIOLOGICAL DIVERSITY,) | |
| | THE ECOLOGY CENTER, GIFFORD PINCHOT ) | |
| 22 | TASK FORCE, KETTLE RANGE CONSERVATION ) | STIPULATION AND |
| | GROUP, IDAHO SPORTING CONGRESS, FRIENDS) | [~~PROPOSED~~] ORDER TO |
| 23 | OF THE CLEARWATER, UTAH ENVIRONMENTAL) | RESCHEDULE CASE |
| | CONGRESS, CASCADIA WILDLANDS PROJECT, ) | MANAGEMENT CONFERENCE |
| 24 | KLAMATH SISKIYOU WILDLANDS CENTER, ) | |
| | SOUTHERN APPALACHIAN BIODIVERSITY ) | |
| 25 | PROJECT, HEADWATERS, THE LANDS COUNCIL,) | |
| | and OREGON NATURAL RESOURCES COUNCIL ) | |
| 26 | FUND, ) | |
| | ) | |
| 27 |         Plaintiffs, ) | |
| | ) | |

| | |
|---|---|
| 1 | v. ) |
| | ) |
| 2 | UNITED STATES DEPARTMENT OF ) |
| | AGRICULTURE, and UNITED STATES FOREST ) |
| 3 | SERVICE, ) |
| | ) |
| 4 |     Federal Defendants. ) |
| | ) |

This matter is set for a case management conference on August 18, 2005.  Lead Counsel for Defendants will be out of the office on vacation at that time.  Counsel for Defendant Intervenors also has vacation scheduled in August.  Plaintiffs agree to a continuance of the case management conference date to September.  Accordingly, the Parties hereby stipulate and request that the case management conference be rescheduled to September 9, 2005, or as soon thereafter as the Court's calendar allows.  The Parties will submit the joint case management statement one week prior to the date of the conference.

Respectfully submitted this 21st day of July, 2005.

        KEVIN V. RYAN
        United States Attorney

        JAMES A. CODA
        Assistant United States Attorney

        KELLY A. JOHNSON
        Acting Assistant Attorney General

        _____/s/_____
        CYNTHIA S. HUBER
        ANDREW A. SMITH
        General Litigation Section
        Environment & Natural Resources Div.
        United States Department of Justice
        P.O. Box 663
        Ben Franklin Station
        Washington, D.C. 20044-0663
        (202) 514-5273
        Cynthia.huber@usdoj.gov

        ATTORNEYS FOR DEFENDANTS

```
                                    /s/ (as authorized on 7/21/05)
                                  MARC D. FINK (admitted pro hac vice)
                                  612 Alworth Building
                                  306 West Superior St.
                                  Duluth, MN 55802
                                  fink@westernlaw.org


                                    /s/ (as authorized on 7/21/05)
                                  PETER M.K. FROST (admitted pro hac vice)
                                  1216 Lincoln Street
                                  Eugene, Oregon 97401
                                  frost@westernlaw.org


                                    /s/ (as authorized on 7/21/05)
                                  BRENT PLATER
                                  1095 Market Street, Suite 511
                                  San Francisco, CA 94103
                                  bplater@biologicaldiversity.org

                                  ATTORNEYS FOR PLAINTIFFS


                                    /s/ (as authorized on 7/20/05)
                                  J. MICHAEL KLISE (admitted pro hac vice)
                                  THOMAS LUNDQUIST
                                  STEVEN QUARLES
                                  Crowell & Moring LLP
                                  1001 Pennsylvania Ave., N.W.
                                  Washington, D.C. 20004-2595
                                  jmklise@crowell.com
                                  tlundquist@crowell.com
                                  squarles@crowell.com

                                  ATTORNEYS FOR INTERVENORS
```

ORDER

Pursuant to Stipulation, it is ordered that the case management conference set for August 18, 2005 shall be vacated and rescheduled for __9/8/05 2:30 p.m.__. The Parties shall submit a joint status report one week prior to the conference.

Dated: 7/22/05

_____
Hon. Phyllis J. Hamilton

CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2005, I caused a copy of "Stipulation and [Proposed] Order to Reschedule Case Management Conference" to be served by ECF electronic filing on the following:

Marc D. Fink
612 Alworth Building
306 West Superior St.
Duluth, MN 55802
fink@westernlaw.org

Peter M.K. Frost
1216 Lincoln Street
Eugene, Oregon 97401
frost@westernlaw.org

Brent Plater
1095 Market Street, Suite 511
San Francisco, CA 94103
bplater@biologicaldiversity.org

J. Michael Klise
Thomas Lundquist
Steven Quarles
Crowell & Moring LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2595
jmklise@crowell.com
tlundquist@crowell.com
squarles@crowell.com

Steven P. Rice
Crowell & Moring
3 Park Plaza
20th Floor
Irvine, CA 92614-8505
srice@crowell.com

_____/ s /_____
Cynthia S. Huber
Counsel for Defendants
United States Forest Service