1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3

4   CITIZENS FOR BETTER FORESTRY,

5          Plaintiff,                              No. C 05-1144 PJH

6       v.

7   U.S. DEPT OF AGRICULTURE,

8          Defendants,

9   AMERICAN FOREST & PAPER ASSN.,
    et al.,
10
           Defendants/Intervenors.
11   _____/

12
    DEFENDERS OF WILDLIFE, SIERRA
13  CLUB, THE WILDERNESS SOCIETY, and
    VERMONT NATURAL RESOURCES
14  COUNCIL,

15         Plaintiffs,                             No. C 04-4512 PJH

16      v.

17  MIKE JOHANNS, Secretary, United States
    Department of Agriculture, in his official
18  capacity; DALE BOSWORTH, Chief, United         **ORDER REQUIRING**
    States Forest Service, in his official capacity;   **SUPPLEMENTAL BRIEFING**
19  and UNITED STATES FOREST SERVICE,

20         Defendants,

21  AMERICAN FOREST & PAPER ASS'N and
    AMERICAN FOREST RESOURCE COUNCIL,

22         Defendants-Intervenors.
                                            /
23

24      The parties' cross motions, having been heard on November 1, 2006, are now

25  pending before the court.  In reviewing the voluminous briefs filed by the parties, the court

26  finds the contentions regarding NEPA and ESA requirements for environmental analysis

27  and consultation the most problematic.  Plaintiffs have argued that the 2005 Rule differs in

28  both substantive and procedural respects  from prior NFMA rules and regulations.

1    Plaintiffs specifically argue that the 2005 Rule harms their interests in the national forests

2    by eliminating or relaxing substantive environmental protections for wildlife, habitats, and

3    other natural resources.  While defendants argue that the 2005 Rule simply establishes

4    procedures for Forest Service personnel to follow in preparing future forest plans.  Although

5    NEPA and ESA have been applied to rules, regulations, and agency actions having a

6    nation-wide impact, the parties have not cited a case which provides a clear and dispositive

7    answer to the questions raised in this litigation.  Thus, the court is attempting to compare

8    the 2005 Rule with those regulations and actions implicated in the various cases cited by

9    the parties.  This comparison is made difficult by the fact that plaintiffs have not specifically

10    delineated which substantive provisions of the 2005 Rule they claim differ from the

11    preceding rules and regulations.  The briefs are sprinkled with "examples" of provisions,

12    some of which appear to the court to be purely procedural or programmatic. The court

13    cannot determine whether a particular provision has a direct or indirect impact on the

14    environment or whether any such impact can be assessed before a groundbreaking or site-

15    specific decision is made, without a clear understanding of the provision(s) at issue.

16         Nor have plaintiffs made it clear to the court with which of the preceding rules or

17    regulations they are comparing the 2005 Rule.  Plaintiffs' compare the 2005 Rule with the

18    1979, 1982, and 2000 Rules with no explanation as why the court should compare the

19    2005 Rule with the 2000 Rule, which plaintiffs also argue, should not be considered

20    because it never took effect.

21         Accordingly, the court orders supplemental briefing in which plaintiffs shall set forth

22    the *specific* provisions of the 2005 Rule, which they claim differ substantively from the

23    specifically identified preceding rules and regulations. A chart format would be particularly

24    helpful to the court, but given the volume of paper already submitted on the motions, the

25    supplemental submissions shall not exceed 25 pages.  Plaintiffs submission shall be filed

26    by **Tuesday, December 5, 2006.**  The government shall file a response no later than

27    **Tuesday, December 19, 2006.**

28

1    There will be no reply.  As with the motions for summary judgment, the original

2  parties' and intervenors' papers must be consolidated.

3  Dated: November 21, 2006

4

**IT IS SO ORDERED.**

5

6

7                                                            PHYLLIS J. HAMILTON
                                                             United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28