UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CITIZENS FOR BETTER FORESTRY, et al.,

      Plaintiffs,

  v.

U.S. DEPT. OF AGRICULTURE, et al.,

      Defendants,

      and

AMERICAN FOREST & PAPER ASSN., et al.,

      Defendants-Intervenors.
_____/

No. C 05-1144 PJH

DEFENDERS OF WILDLIFE, et al.,

      Plaintiffs,

      and

PEOPLE OF THE STATE OF CALIFORNIA,

      Plaintiff-Intervenor,

  v.

MIKE JOHANNS, Secretary, United States Department of Agriculture, in his official capacity, et al.,

      Defendants,

      and

AMERICAN FOREST & PAPER ASSN., et al.,

      Defendants-Intervenors.
_____/

No. C 04-4512 PJH

**JUDGMENT**

1  This action came before the court and the issues having been duly heard and
2  considered and decisions having been fully rendered in accordance with this court's
3  October 14, 2005 Order Granting in Part and Denying in Part Defendants' Motion for Partial
4  Summary Judgment and/or Judgment on the Pleadings in Case No. 04-4512 PJH;
5  this court's April 21, 2006 Order Granting Defendants' Motion for Partial Summary
6  Judgment and/or Judgment on the Pleadings in Case No. 05-1144 PJH; and
7  this court's March 30, 2007 Order Granting in Part and Denying in Part Plaintiffs'
8  Motion for Summary Judgment and Granting in Part and Denying in Part Defendants'
9  Motion for Summary Judgment in both cases,
10  IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiffs and
11  Plaintiff-Intervenor and against Defendants and Defendant-Intervenors on Claims Three,
12  Four, and Five in Case No. 04-4512 PJH, and Claims One, Two, Three, and Ten in Case
13  No. 05-1144 PJH;
14  and in favor of Defendants and Defendant-Intervenors and against Plaintiffs and
15  Plaintiff-Intervenor on Claims One and Two in Case No. 04-4512 PJH, and Claims Four,
16  Five, Six, Seven, Eight, and Nine in Case No. 05-1144 PJH.

**IT IS SO ORDERED.**

Dated: March 30, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge