Marc D. Fink, *pro hac vice*
4515 Robinson Street
Duluth, Minnesota 55804
Tel: 218-525-3884
Fax: 218-525-3857
mfink@biologicaldiversity.org

Peter M.K. Frost, *pro hac vice*
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon 97401
Tel: 541-485-2471
Fax: 541-485-2457
frost@westernlaw.org

Brent Plater (CA Bar # 209555)
1095 Market Street, Suite 511
San Francisco, CA 94103
Tel: 415-436-9682
Fax: 415-436-9683
bplater@biologicaldiversity.org

Counsel for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CITIZENS FOR BETTER FORESTRY, et al., </br>  </br> Plaintiffs, </br>  </br> v. </br>  </br> U.S. DEPT. OF AGRICULTURE, et al., </br>  </br> Defendants, </br>  </br> and </br>  </br> AMERICAN FOREST & PAPER ASSOC., et al., </br>  </br> Defendants-Intervenors. | Case No. C 05-1144 PJH </br>  </br> [~~PROPOSED~~] ORDER RE: STIPULATION TO ENLARGE TIME FOR FILING MOTION FOR ATTORNEYS' FEES AND COSTS |

1   The Court has reviewed the parties' Stipulation to Enlarge Time for Filing Motion for
2   Attorneys' Fees and Costs, and orders that the deadline for Plaintiffs in the above captioned case
3   to file a motion for attorneys' fees and expenses under Civil Local Rule 54-6 and Federal Rule of
4   Civil Procedure 54(d)(2)(B) is hereby extended to be the same deadline as that for filing a motion
5   for attorney fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412.  Before
6   filing a motion for attorneys' fees, costs, and other expenses, Plaintiffs shall meet and confer
7   with Defendants in a good faith attempt to settle the issue.  IT IS SO ORDERED.

8
9   Dated: April __16_ 2007



PHYLLIS J. HAMILTON
United States District Judge