UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CITIZENS FOR BETTER FORESTRY, et al.,

    Plaintiffs,

    v.

U.S. DEPT. OF AGRICULTURE, et al.,

    Defendants,

    and

AMERICAN FOREST & PAPER ASSN., et al.,

    Defendants-Intervenors.
_____/

DEFENDERS OF WILDLIFE, et al.,

    Plaintiffs,

    and

PEOPLE OF THE STATE OF CALIFORNIA,

    Plaintiff-Intervenor,

    v.

MIKE JOHANNS, Secretary, United States Department of Agriculture, in his official capacity, et al.,

    Defendants,

    and

AMERICAN FOREST & PAPER ASSN., et al.,

    Defendants-Intervenors.
_____/

No. C 05-1144 PJH

No. C 04-4512 PJH

**ORDER VACATING HEARING DATE**

1    Pursuant to Civil Local Rule 7-1(b), the court finds that defendants' motion to alter
2 and/or amend the judgment, which has been noticed for hearing on May 23, 2007, is
3 appropriate for decision without oral argument.
4    Accordingly, the hearing date is hereby VACATED.  The motion will be taken under
5 submission and decided on the papers.
6 **IT IS SO ORDERED.**
7
8 Dated: May 10, 2007
9
   _____
10   PHYLLIS J. HAMILTON
   United States District Judge