Marc D. Fink, *pro hac vice*
4515 Robinson Street
Duluth, Minnesota 55804
Tel: 218-525-3884
Fax: 218-525-3857
mfink@biologicaldiversity.org

Peter M.K. Frost, *pro hac vice*
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon 97401
Tel: 541-485-2471
Fax: 541-485-2457
frost@westernlaw.org

Brent Plater (CA Bar # 209555)
1095 Market Street, Suite 511
San Francisco, CA 94103
Tel: 415-436-9682
Fax: 415-436-9683
bplater@biologicaldiversity.org

Counsel for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CITIZENS FOR BETTER FORESTRY, et al., ) | Case No. C 05-1144 PJH |
| ) | |
| Plaintiffs, ) | JOINT STIPULATION AND MOTION |
| ) | RE: PLAINTIFFS' MOTION FOR |
| v. ) | ATTORNEYS' FEES AND COSTS |
| ) | |
| U.S. DEPT. OF AGRICULTURE, et al., ) | AND |
| ) | |
| Defendants, ) | [PROPOSED] ORDER TO STAY |
| ) | BRIEFING TO ALLOW |
| and ) | SETTLEMENT DISCUSSIONS |
| ) | |
| AMERICAN FOREST & PAPER ASSOC., et al., ) | |
| ) | |
| Defendants-Intervenors. ) | |
| ) | |
| _____ ) | |

      Plaintiffs have filed their motion for attorneys' fees, costs, and other expenses pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, and the Endangered Species Act, 16 U.S.C. § 1540(g)(4). In order to facilitate the ongoing settlement discussions regarding Plaintiffs' motion, the Plaintiffs and Defendants jointly move this Court to stay briefing on

Plaintiffs' motion for 60 days. In support of this motion, Plaintiffs and Defendants stipulate as follows;

1. Concurrently with this joint stipulation and motion, Plaintiffs have filed a motion for attorneys' fees and costs. Plaintiffs' motion will be supplemented as appropriate to account for any future litigation in this case.

2. Plaintiffs and Defendants agree that briefing and argument on Plaintiffs' claim for fees and costs may be unnecessary in light of the parties' attempt to settle Plaintiffs' claim.

3. Plaintiffs and Defendants agree that further proceedings on Plaintiffs' motion for an award of fees and costs, including the filing of memoranda and evidentiary and other materials supporting that motion, should be deferred for 60 days. At that time, Plaintiffs and Defendants will either jointly propose a briefing schedule to address Plaintiffs' motion for fees and costs, or the parties shall otherwise apprise this Court of the status of Plaintiffs' motion and any request for action by this Court.

Based on the foregoing, the parties respectfully request that this Court stay briefing and argument on Plaintiffs' concurrently filed motion for an award of attorneys' fees and costs for 60 days from the date of the Court's order granting such stay.

Respectfully submitted this 12th day of February, 2008.

/s/ Peter M.K. Frost
Peter M.K. Frost
Marc D. Fink
Attorneys for Plaintiffs

/s/ Cynthia Huber
Cynthia Huber
Andrew Smith
Attorneys for Defendants

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: 2/20/08

_____
Phyllis J. Hamilton
United States District J[udge]

IT IS SO ORDERED
Judge Phyllis J. Hamilton