JOSEPH RUSSONIELLO
United States Attorney
CHARLES O'CONNOR
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone No: (415) 436-6967
Facsimile No: (415) 436-6748
RONALD J. TENPAS
Assistant Attorney General
CYNTHIA S. HUBER
Assistant Section Chief
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-514-5273
Facsimile: 202-305-0274
cynthia.huber@usdoj.gov
ANDREW A. SMITH (SBN 8341 (NM))
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
c/o United States Attorney's Office
P.O. Box 607
Albuquerque, New Mexico 87103
Telephone No: (505) 224-1468
Facsimile No: (505) 346-7205
Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITIZENS FOR BETTER FORESTRY, et al., | Case No. C-05-1144 PJH |
| Plaintiffs, | |
| v. | STIPULATION FOR BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS; [~~PROPOSED~~] ORDER |
| U.S. DEPT. OF AGRICULTURE, et al., | |
| Federal Defendants, | |
| and | |
| AMERICAN FOREST & PAPER ASSN., et al., | |
| Defendant-Intervenors. | |

In accordance with the Court's February 20, 2008 order, Dkt. No. 100, staying briefing on Plaintiffs' motion for attorneys' fees and costs, Plaintiffs and Federal Defendants have been attempting to negotiate a resolution of Plaintiffs' claim. Because Plaintiffs and Federal Defendants no longer believe that they will be able to settle Plaintiffs' claim, they respectfully request that the Court set the following briefing schedule for Plaintiffs' February 12, 2008 "Motion for Attorneys' Fees and Costs," Dkt. No. 98, which takes into account counsels' other litigation obligations and planned leave:

1. July 14, 2008: Plaintiffs file their brief/memorandum in support
2. August 14, 2008: Federal Defendants file their response brief/memorandum
3. September 11, 2008: Plaintiffs file their reply brief/memorandum

Respectfully submitted,

JOSEPH RUSSONIELLO
United States Attorney
CHARLES O'CONNOR
Assistant United States Attorney
Northern District of California
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102

RONALD J. TENPAS
Assistant Attorney General

   /s/   Andrew A. Smith
CYNTHIA S. HUBER
ANDREW A. SMITH
Natural Resources Section
Environment & Natural Resources Div.
United States Department of Justice
P.O. Box 663
Ben Franklin Station
Washington, D.C. 20044-0663
(202) 514-5273; (505) 224-1468
cynthia.huber@usdoj.gov

ATTORNEYS FOR FEDERAL DEFENDANTS

   /s/ (as authorized 6/4/08 by Peter M.K. Frost)
PETER M.K. FROST
MARC D. FINK
Western Environmental Law Center
1216 Lincoln Street
Eugene, OR 97401

|  |  |
|---|---|
| 1 | [frost@westernlaw.org](frost@westernlaw.org) |
| 2 | ATTORNEYS FOR PLAINTIFFS |
| 4 | Pursuant to the Stipulation, IT IS SO ORDERED. |
| 6 | Dated: 6/5/08 |
| 7 | HON. <br> U.S. D |

