UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CITIZENS FOR BETTER FORESTRY, et al.,

    Plaintiffs,

    v.

U.S. DEPT. OF AGRICULTURE, et al.,

    Defendants,

    and

AMERICAN FOREST & PAPER ASSN., et al.,

    Defendants-Intervenors.
_____/

DEFENDERS OF WILDLIFE, et al.,

    Plaintiffs,

    and

PEOPLE OF THE STATE OF CALIFORNIA,

    Plaintiff-Intervenor,

    v.

MIKE JOHANNS, Secretary, United States Department of Agriculture, in his official capacity, et al.,

    Defendants,

    and

AMERICAN FOREST & PAPER ASSN., et al.,

    Defendants-Intervenors.
_____/

No. C 05-1144 PJH

No. C 04-4512 PJH

**ORDER CONTINUING HEARING DATE**

The court has approved the parties' September 22, 2008 stipulation to extend by one week the deadlines for filing of the opposition and reply briefs on plaintiffs' motion for attorneys' fees.  However, due to the number of motions on the court's calendar for October 29, 2008, the hearing on this motion is continued to November 5, 2008.  The court may however vacate this date if after reading the briefs the court determines that no hearing is necessary.

**IT IS SO ORDERED.**

Dated: September 25, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge