RONALD J. TENPAS
Assistant Attorney General
CYNTHIA S. HUBER
Assistant Section Chief
Natural Resources Section
ANDREW A. SMITH (SBN 8341 (NM))
United States Department of Justice
Environment & Natural Resources Division
c/o United States Attorney's Office
P.O. Box 607
Albuquerque, New Mexico 87103
Telephone No: (505) 224-1468
Facsimile No: (505) 346-7205
andrew.smith@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEFENDERS OF WILDLIFE, et al., | Case No. C-04-4512-PJH |
| Plaintiffs, | |
| and | STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME FOR FEDERAL DEFENDANTS' RESPONSE TO PLAINTIFFS' AUGUST 27, 2008 "AMENDED CONSOLIDATED MOTION FOR ATTORNEYS' FEES, COSTS, AND OTHER EXPENSES, & BRIEF IN SUPPORT THEREOF," DKT. NO. 136 [AND DKT. NO. 112 IN C-05-1144-PJH] (FIRST REQUEST) |
| PEOPLE OF STATE OF CALIFORNIA, ex rel. | |
| Plaintiff Intervenor, | |
| v. | |
| MIKE JOHANNS, et al., | |
| Federal Defendants, | |
| and | |
| AMERICAN FOREST & PAPER ASSN., et al., | Date:  November 1, 2006<br>Time:  9:00 a.m.<br>Judge: The Honorable Phyllis J. Hamilton |
| Defendant-Intervenors. | |
| CITIZENS FOR BETTER FORESTRY, et al., | Case No. C-05-1144-PJH |
| Plaintiffs, | |
| v. | |
| U.S. DEPT. OF AGRICULTURE, et al., | |
| Federal Defendants, | |
| and | |

| | |
|---|---|
| 1 | AMERICAN FOREST & PAPER ASSN., et al.,            ) |
| 2 | )<br>           Defendant-Intervenors.            ) |
|   | _____ ) |

By and through undersigned counsel of record, Federal Defendants respectfully request a one-week extension of time to file a response to Plaintiffs' August 27, 2008 "Amended Consolidated Motion for Attorneys' Fees, Costs, and Other Expenses, & Brief in Support Thereof," Dkt. No. 136 in C-04-4512-PJH and Dkt. No. 112 in C-05-1144-PJH. As grounds for this request, Federal Defendants state as follows:

1. Pursuant to the Court's "Order Setting Briefing Schedule on Plaintiffs' Motions for Attorneys' Fees," Dkt. No. 133 in C-04-4512-PJH and Dkt. No. 110 in C-05-1144-PJH, Federal Defendants' response to Plaintiffs' August 27, 2008 Consolidated Motion is currently due on September 24, 2008.

2. Plaintiffs' August 27, 2008 Consolidated Motion seeks $190,420.18 in attorneys' fees, costs, and expenses for the Plaintiffs in <u>Citizens</u> and $513,097.42 in attorneys' fees, costs, and expenses for the Plaintiffs in <u>Defenders</u>. Plaintiffs' Motion was accompanied with a 22-page brief raising numerous factual and legal arguments, as well as 30 supporting declarations (22 in <u>Citizens</u> and 8 in <u>Defenders</u>) and extensive billing records in both cases.

3. While undersigned counsel has been working as diligently as possible on reviewing Plaintiffs' Motion and supporting materials and preparing Federal Defendants' response, much of his time (including weekends) since the filing of Plaintiffs' Motion has been consumed with other litigation matters. Most notably, undersigned counsel is lead counsel and has had to address numerous filings in <u>Sancho v. U.S. Department of Energy</u>, Civil No. 08-00136-HG-KSC (D. Haw.), in which *pro se* Plaintiffs challenge the United States' involvement in the Large Hadron Collider in Europe (and allege that the collision of atoms to study subatomic particles may result in a microscopic "black hole" that could destroy the planet). Plaintiffs' filings over the past month in <u>Sancho</u> have included several detailed and highly technical declarations, as well as a motion for preliminary injunction and other papers filed on September 19, 2008. During this period, undersigned counsel has had to take several days off to travel

1  to Hawaii for a hearing and has had to file several responsive papers. Undersigned counsel also has
2  had to take days off from working because of illness.
3      4.  Plaintiffs, through counsel of record, have been consulted and do not oppose Federal
4  Defendants' request for a one-week extension to respond to Plaintiffs' August 27, 2008 Consolidated
5  Motion.

BASED ON THE FOREGOING Federal Defendants and Plaintiffs in the above-captioned matters hereby stipulate and agree to, and respectfully request, the following modifications to the Court's "Order Setting Briefing Schedule on Plaintiffs' Motions for Attorneys' Fees," Dkt. No. 133 in C-04-4512-PJH and Dkt. No. 110 in C-05-1144-PJH:

1. Federal Defendants' opposition to Plaintiffs' August 27, 2008 Consolidated Motion is due October 1, 2008 (instead of September 24, 2008).
2. Plaintiffs' reply is due October 16, 2008 (instead of October 9, 2008).

Dated this 22th day of September, 2008.                Respectfully submitted,

ATTORNEYS FOR FEDERAL DEFENDANTS:

RONALD J. TENPAS
Assistant Attorney General

   /s/ Andrew A. Smith
ANDREW A. SMITH
Natural Resources Section
Environment & Natural Resources Div.
United States Department of Justice
P.O. Box 663
Ben Franklin Station
Washington, D.C. 20044-0663
(202) 514-5273; (505) 224-1468
(202) 305-0506 (fax)
andrew.smith@usdoj.gov

ATTORNEYS FOR <u>CITIZENS</u> PLAINTIFFS:

  /s/ (as authorized 9/22/08 by Peter M.K. Frost)
PETER M.K. FROST
MARC D. FINK
Western Environmental Law Center

```
                                    1216 Lincoln Street
                                    Eugene, OR 97401
                                    frost@westernlaw.org


                                    ATTORNEYS FOR DEFENDERS PLAINTIFFS

                                       /s/ (as authorized 9/22/08 by Trent Orr)
                                    TRENT ORR
                                    GREGORY C. LOARIE
                                    TIMOTHY PRESO
                                    953 Clayton Street, #5
                                    San Francisco, CA 94117
                                    (510) 550-6780
                                    torr@earthjustice.org
```

        Pursuant to the Stipulation, IT IS SO ORDERED.

Dated:  9/25/08

                                    _____
                                    HON. PHYLLIS J. HAMILTON
                                    U.S. District Judge

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton