Marc D. Fink, *pro hac vice*
4515 Robinson Street
Duluth, Minnesota 55804
Tel: 218-525-3884
Fax: 218-525-3857
mfink@biologicaldiversity.org

Peter M.K. Frost, *pro hac vice*
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon 97401
Tel: 541-485-2471
Fax: 541-485-2457
frost@westernlaw.org

Brent Plater (CA Bar # 209555)
1095 Market Street, Suite 511
San Francisco, CA 94103
Tel: 415-436-9682
Fax: 415-436-9683
bplater@biologicaldiversity.org

Counsel for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **CITIZENS FOR BETTER FORESTRY**, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **U.S. DEPT. OF AGRICULTURE**, et al., ) <br> ) <br> Defendants, ) <br> ) <br> and ) <br> ) <br> **AMERICAN FOREST & PAPER ASSOC.**, et al, ) <br> ) <br> Defendants-Intervenors. ) <br> _____ ) | Case No. C 05-1144 PJH <br><br> **PARTIES' STIPULATION AND [P~~ROPOSED~~] ORDER RE: HEARING ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND EXPENSES** |

Plaintiffs Citizens for Better Forestry, et al., Plaintiffs Defenders of Wildlife et al., and Defendants U.S. Department of Agriculture, et al. hereby jointly stipulate to and respectfully request that the Court vacate the current date of November 5, 2008, for the hearing on Plaintiffs' consolidated motion for attorneys' fees, costs, and other expenses, and re-set the hearing for either November 12, 2008, or November 19, 2008, whichever is more convenient for the Court.

Counsel for Plaintiffs Citizens for Better Forestry et al. is currently scheduled to appear in federal district court on November 4, 2008, in Seattle, Washington, in *Conservation Northwest v. Rey*, C-08-1067-JCC (W.D. Wash.), and subsequently has meetings with out-of-town clients, and is unable to travel quickly enough to appear the next morning in San Francisco.

Date: October 28, 2008.                    Respectfully submitted,

/s/ Peter M.K Frost
Peter M.K. Frost
Counsel for Plaintiffs Citizens for Better Forestry

/s/ Trent W. Orr
Trent W. Orr
Counsel for Plaintiffs Defenders of Wildlife

/s/ Andrew A. Smith
Andrew A. Smith
Counsel for Defendants

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

Date: October 29, 2008.

Hon. Phyllis J. Hamilton
United States District

Motion will be heard November 12, 2008

IT IS SO ORDERED
Judge Phyllis J. Hamilton